DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

FEB 16 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

MIKE WILLIS

EDNA WILLIS

         Debtors

) Chapter 13
)
) Case No. 05-50928 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
)
)

The final dividend to Creditor, TAYLOR GORDON LAW CORP in the above entitled matter was returned marked: CREDITOR DID NOT FILE AN ADDRESS CHANGE WITH THE COURT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $1,777.63 as an unclaimed dividend.

    Claim # 15    TAYLOR GORDON LAW CORP
                       999 BAYHILL DR #160
                       SAN BRUNO, CA 94066

Dated: February 12, 2010

                                        DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

TAYLOR GORDON LAW CORP
999 BAYHILL DR #160
SAN BRUNO CA 94066

NIXIE    941    5C 1        30   07/12/08
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 95150001319        *2656-04352-10-41

RECEIVED
JUL 14 2008
Devin Derham-Burk
Trustee, Chapter 13

02 1A
0004366326
MAILED FROM ZIPCODE 95050
$ 00.42
JUL 10 2008

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

July 18, 2008

Taylor Gordon Law Group
999 Bayhill Dr #160
San Bruno, CA 94066

RE: Willis, Mike & Edna
Chapter 13 No: 05-5-0928MM
RE: Jara, Jose
Chapter 13 No: 05-5-2200SW

Attention: Bankruptcy Department

The Trustee received a trustee check (copy of which is attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and will no longer be sending disbursements on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. A completed original must be sent directly to the United States Bankruptcy Court.

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.